**SMITH v. BEAUFORT CTY. HOSP. ASS'N**

[354 N.C. 212 (2001)]

TERRY P. SMITH, Administrator of the Estate of MARY G. SMITH, Deceased; TERRY P. SMITH, INDIVIDUALLY; and MARISSA TIERRA SMITH v. BEAUFORT COUNTY HOSPITAL ASSOCIATION, INC., d/b/a BEAUFORT COUNTY HOSPITAL; NINA H. WARD, M.D.; BEAUFORT EMERGENCY MEDICAL ASSOCIATES, P.A.; FAMILY MEDICAL CARE, INC.; GEORGE KLEIN, M.D.; ELISABETH COOK, M.D.; and DANNIE JONAS, PHYSICIAN ASSISTANT, P.A.

No. 83A01

(Filed 5 October 2001)

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 141 N.C. App. 203, 540 S.E.2d 775 (2000), affirming an order entered 21 September 1999 by Griffin, J., in Superior Court, Beaufort County. Heard in the Supreme Court 11 September 2001.

*White and Crumpler, by Dudley A. Witt, for plaintiff-appellants.*

*Womble Carlyle Sandridge & Rice, PLLC, by Burley B. Mitchell, Jr., and Charles L. Becker, for defendant-appellees Beaufort County Hospital Association, Inc., d/b/a Beaufort County Hospital; Nina H. Ward, M.D.; Beaufort Emergency Medical Associates, P.A.; and Elisabeth Cook, M.D.*

*Patterson, Dilthey, Clay & Bryson, L.L.P., by Robert M. Clay and Charles George, for defendant-appellees Family Medical Care, Inc.; George Klein, M.D.; and Dannie Jonas, P.A.*

PER CURIAM.

AFFIRMED.